**Order entered February 1, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01571-CV

## JOANN SEMPLE AND CAROL MATTHEWS, Appellants

## V.

## FRED VINCENT, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11180**

## ORDER

Before the Court is appellants' January 31, 2017 "motion requesting leave to file response to order granting appellee's motion for judgment nunc pro tunc and order granting summary judgment." Appellants' motion is **GRANTED** to the extent we extend the time to file appellants' reply brief to February 21, 2017. All other relief is **DENIED**. We caution appellants that further requests for extension of time will be disfavored.

/s/     CRAIG STODDART
          JUSTICE